## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

Jacob Hans Andersen,                                    Case # 16-00966-DD

                              Debtor.                   Chapter 7

### APPLICATION FOR APPOINTMENT OF REAL ESTATE AGENT

Michelle L. Vieira, Chapter 7 Trustee for the above-captioned estate, would respectfully show the Court as follows:

1.      She is trustee in bankruptcy for the above, duly qualified and acting.

2.      Said bankruptcy contains real property located at 52 A&B Spring Street, Charleston, South Carolina 29403-5945, TMS #460-08-02-030. The Trustee is informed and believes that the employment of a real estate agent will improve the sales price for the property and the effective administration of this estate.

3.      Applicant is informed and believes that Jonathan R. Holt, of Keller Williams Realty Charleston, 496 Bramson Court, Suite 200, Mt. Pleasant, SC  29464, Telephone (843)367-3198.  Mr. Holt was employed by the Debtor pre-petition and received a contract on the property on or about April 17, 2016.  Mr. Holt is a disinterested party and is qualified to act as such real estate agent in the matter.

4.      The Trustee proposes employing Jonathan R. Holt at a commission rate of **Six Percent (6%)**, to be approved by the Court.   The Trustee and Jonathan R. Holt understand that the amount of compensation awarded by the Court is subject to review pursuant to 11 U.S.C. §330 and may be different than the amount requested herein.

5.    The Trustee requests that the real estate agent be authorized to deduct his commission from the proceeds of sale prior to the delivery of net proceeds to the Trustee.

6.    Jonathan R. Holt has no connection with the Debtor, the creditors, their respective attorneys and accountants, the United States Trustee, nor any person employed in the Office of the United States Trustee, except as specified in the affidavit of disinterestedness accompanying this application.

WHEREFORE applicant prays that this Court issue its order authorizing the employment of Jonathan R. Holt, as real estate agent of this estate, at a fee to be set by this Court, but in no event to exceed six percent (6%) of the gross sales price, to be deducted from the proceeds of sale prior to the delivery of net proceeds to the Trustee, and for such other and further relief as this Court deems just and proper.

Dated at Myrtle Beach, South Carolina,
May 25, 2016

/s/ Michelle L. Vieira
Michelle L. Vieira, Trustee
District Court ID #9876
PO Box 70309
Myrtle Beach, SC  29572
Phone (843) 497-9800
Fax    (877) 684-1614
Email:  Trustee@Chapter7.email