# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

Jacob Hans Andersen,                                    Case # 16-00966-DD

    Debtor.                                            Chapter 7

TO:   ALL CREDITORS AND PARTIES OF INTEREST

### NOTICE AND APPLICATION FOR SALE OF PROPERTY

    YOU ARE HEREBY NOTIFIED that Michelle L. Vieira, Chapter 7 Trustee, is applying for approval to sell the property free and clear of liens and encumbrances with all valid liens, if any, to attach to the proceeds of sale, of the Debtor's estate described below according to the terms and conditions stated below.  A copy of the proposed Order accompanies this Notice.

    TAKE FURTHER NOTICE that any response, return, and/or objection to this application, should be filed with the Court no later than twenty-one (21) days from service of the application and a copy simultaneously served on all parties in interest.

    TAKE FURTHER NOTICE that no hearing will be held on this application unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on **July 12, 2016, at 9:00 am, at The United States Bankruptcy Court, King and Queen Building, 145 King Street, Room 225, Charleston, South Carolina**.  No further notice of this hearing will be given.

TYPE OF SALE:          **Private Sale**

PROPERTY TO BE SOLD:   **52 A&B Spring Street**
                                    **Charleston, SC 29403-5945**
                                    **TMS #460-08-02-030**

***NOTICE***
**THE TRUSTEE IS SELLING THE ABOVE-REFERENCED PROPERTY "AS IS," WITH NO WARRANTIES WHATSOEVER.  THE BUYER AGREES TO RECEIVE THE PROPERTY WITH ALL FAULTS.  THE TRUSTEE MAKES NO WARRANTY, EXPRESS OR IMPLIED, REGARDING THE PROPERTY AND SPECIFICALLY EXCLUDES ANY IMPLIED WARRANTY OF MERCHANTABILITY AND ANY IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR USE.  PROPERTY IS TO BE CONVEYED BY TRUSTEE'S DEED OR BILL OF SALE.  THE BUYER HAS BEEN GIVEN THE OPPORTUNITY TO EXAMINE THE PROPERTY <u>BEFORE</u> SIGNING ANY CONTRACT OR SUBMITTING A BID TO PURCHASE THE PROPERTY, AND TO PERFORM SUCH TESTING, IF APPLICABLE, TO DETECT POSSIBLE LATENT DEFECTS.**

| | |
|---|---|
| PRICE: | **$640,000.00** |
| APPRAISAL VALUE: | **No appraisal has been obtained but the Trustee believes the offer represents fair market value.** |
| BUYER: | **Jurrien Reinders**<br>**436 West 47th Street, Apt. 2A**<br>**New York, NY  10036** |
| PLACE AND TIME OF SALE: | **Sale shall commence after receipt of an Order Authorizing Sale of Asset.** |
| SALES AGENT/AUCTIONEER/BROKER: | **Jonathan R. Holt**<br>**Keller Williams Realty Charleston**<br>**496 Bramson Court, Suite 200**<br>**Mt. Pleasant, SC  29464**<br>**(843)416-2000, (843)367-3198** |

COMPENSATION TO SALES AGENT/AUCTIONEER/BROKER/ETC.:  **Six Percent (6%) or $38,400.00.**

ESTIMATED EXPENSES ASSOCIATED WITH SALE (TAX STAMPS, RECORDING FEES, ETC.): **The Trustee estimates $1,500 in related closing costs.**

ESTIMATED TRUSTEE'S COMPENSATION:  **$32,450.00**

LIENS/MORTGAGES/SECURITY INTERESTS ENCUMBERING PROPERTY: **$485,220.28 payable to PHH Mortgage Company.**

DEBTOR'S EXEMPTION:  **$58,225.00 Homestead Exemption**

PROCEEDS ESTIMATED TO BE PAID TO ESTATE:  **$56,654.72**

Applicant is informed and believes that it would be in the best interest of the estate to sell said property by <u>Private Sale</u>.  Applicant also believes that the funds to be recovered for the estate from the sale of said property justify its sale and the filing of this application.

The Court may consider additional offers at any hearing held on this notice and application for sale.  The Court may order at any hearing that the property be sold to another party on equivalent or more favorable terms.

The trustee may seek appropriate sanctions or other similar relief against any party filing a spurious objection to this notice and application.

WHEREFORE, applicant requests the Court issue an Order:

A.  Authorizing sale of said property free and clear of all liens and encumbrances;

B.  Authorizing the Trustee to pay the Bankruptcy Court filing fee of $176.00 and to be reimbursed from the sale proceeds without the need for any further application or order;

    C. To pay all reasonable and customary costs of sale at closing without further Order of the Court.

Date:   June 6, 2016

                                                        /s/ Michelle L. Vieira  
                                                        Michelle L. Vieira, Trustee  
                                                        District Court ID #9876  
                                                        P O Box 70309  
                                                        Myrtle Beach, SC  29572  
                                                        Phone (843) 497-9800  
                                                        Fax    (877) 684-1614  
                                                        Email:  Trustee@Chapter7.email