**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | |
| Jacob Hans Andersen, | Case # 16-00966-DD |
| Debtor. | Chapter 7 |

**ORDER AUTHORIZING SALE OF REAL ESTATE**
**FREE AND CLEAR OF LIENS**

This proceeding comes before the Court on the application of Michelle L. Vieira, Chapter 7 Trustee, for authority to sell the estate's interest in the real property located at 52 A&B Spring Street, Charleston, South Carolina 29403-5945, TMS #460-08-02-030; free and clear of all liens and encumbrances, with all valid liens to attach to the proceeds of sale.

The Court has been informed that all parties in interest have been notified of the intention to sell said property, and that no objection to the proposed sale has been received or filed by any party with the Court. The Trustee has represented to the Court that such sale is in the best interest of creditors of the estate. It is therefore,

ORDERED, ADJUDGED, AND DECREED, that the Trustee is authorized to sell free and clear of all liens and encumbrances and to convey the real estate described as 52 A&B Spring Street, Charleston, South Carolina 29403-5945, TMS #460-08-02-030; to Jurrien Reinders, of 436 West 47th Street, Apt. 2A, New York, NY 10036, for the sum of Six Hundred Forty Thousand and No/100 ($640,000) Dollars.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Trustee is authorized to pay all reasonable and customary costs of sale at closing, including but not limited to mortgages, tax liens, broker fees, attorney fees and real estate taxes, subject to review and final approval of the U.S. Bankruptcy Court.

Lastly, it is ORDERED the Trustee is authorized to reimburse herself the $176.00 filing fee which was required to file this Application.