**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | |
| **Jacob Hans Andersen,** | **Case # 16-00966-DD** |
| **Debtor.** | **Chapter 7** |

**CERTIFICATE OF SERVICE**

The undersigned, Regina K. Heddinger, hereby states that she mailed the within **Notice And Application For Sale Of Property Free and Clear of Liens, and Proposed Order** to the parties as shown in the attachment hereto either electronically where appropriate or by depositing the same in the U.S. Post Office, postage prepaid, at Myrtle Beach, South Carolina, where there is regular communication by mail, and that same was mailed on **June 6, 2016**.

   /s/ Regina K. Heddinger
Regina K. Heddinger, Assistant
Office of Michelle L. Vieira, Trustee
PO Box 70309
Myrtle Beach, SC  29572
Phone (843) 497-9800
Fax    (877) 684-1614
Email: TrusteeAssistant@Chapter7.email

```
Label Matrix for local noticing              Jacob Hans Andersen                           Barclay Card
0420-2                                       52 A Spring St.                               US Airways
Case 16-00966-dd                             Charleston, SC 29403-5945                     PO Box 8826
District of South Carolina                                                                 Wilmington DE 19899-8826
Charleston
Mon May 23 09:09:33 EDT 2016

Ann U. Bell                                  CERTUS BANK NATIONAL ASSOCIATION              (p)CHASE CARD SERVICES
Drose Law Firm                               (FORMERLY GWD- GENERAL WHOLESALE DISTRIB      201 NORTH WALNUT STREET
3955 Faber Place Drive Ste 103               PO BOX 10854                                  ATTN MARK PASCALE
Charleston, SC 29405-8565                    GREENVILLE SC 29603-0854                      MAIL STOP DE1-1406
                                                                                           WILMINGTON DE 19801-2920

R. Michael Drose                             GWD                                           Hoffman and Hoffman
3955 Faber Place Drive                       944 D Rochelle Ave                            PO Box 896000
Suite 103                                    Charleston SC 29407-5502                      Charlotte NC 28289-6000
North Charleston, SC 29405-8565


JOHNSTONE SUPPLY                             Johnstone Supply                              KATE KOVACS
(FORMERLY WARE GROUP)                        2572 Oscar Johnson                            KIMBERLY WILSON
2572 OSCAR JOHNSON                           North Charleston SC 29405-6841                52 B SPRING STREET
NORTH CHARLESTON SC 29405-6841                                                             CHARLESTON SC 29403-5945


Otts                                         PHH Mortgage Corporation                     R E Michel Company LLC
1024 Aragon Ave                              c/o Rogers Townsend & Thomas PC              c/o B Ray Woodard
North Charleston SC 29405-4904               PO Box 100200                                PO Box 1906
                                             220 Executive Center Drive                  Walterboro SC 29488-0020
                                             Columbia SC 29210-8420

Recovery Management Systems Corporation      Recovery Management Systems Corporation     Rogers Townsend & Thomas
25 SE Second Avenue                          25 S.E. 2nd Avenue, Suite 1120              PO Box 100200
Suite 1120                                   Miami, FL 33131-1605                         Columbia SC 29202-3200
Miami, FL 33131-1605


SC Department of Revenue                     Trane USA Inc                                US Trustee's Office
PO Box 12265                                 PO Box 406469                                Strom Thurmond Federal Building
Columbia SC 29211-2265                       Atlanta GA 30384-6469                        1835 Assembly St.
                                                                                          Suite 953
                                                                                          Columbia, SC 29201-2448

Michelle L. Vieira                           Ware Group LLC                               Jason D Wyman
PO Box 70309                                 c/o Edward L Grimsley                        Rogers Townsend & Thomas
Myrtle Beach, SC 29572-0024                  PO Box 11682                                 PO Box 100200
                                             Columbia SC 29211-1682                       Columbia, SC 29202-3200
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Chase
PO Box 15919
Wilmington DE 19850-5919