UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| In re: | |
|---|---|
| Jacob Hans Andersen | Case # 16-00966-DD |
| Debtor. | Chapter 7 |

## LIMITED OBJECTION TO NOTICE AND APPLICATION FOR SALE OF PROPERTY

RREF II CER CO ACQUISITIONS, LLC (*"RREF"*) files this limited objection (the *"Objection"*) to the Notice and Application for Sale of Property [ECF No. 28] (the *"Sale Motion"*) filed by the chapter 7 trustee, Michelle Vieira (the *"Trustee"*) and states as follows:

1. On December 5, 2014, a judgment (the *"Judgment"*) was entered on behalf of CertusBank, N.A. and against Jacob Andersen (the *"Debtor"*) in the amount of $30,216.83. A copy of the Judgment is attached hereto as **Exhibit A**.

2. On December 11, 2014, the Judgment was indexed by clerk of the court as Judgment Number 2014CP1005282. *See* Index Search, attached as **Exhibit B**.

3. As such, the Judgment became a lien against any real property owned by the Debtor in Charleston County. S.C.Code Ann. § 15-35-810; *Wells ex rel A.C. Sutton & Sons, Inc. v. Sutton,* 299 S.C. 19, 22, 382 S.E.2d 14, 16 (Ct.App.1989). Such lien extends to the Debtor's interest in 52 Spring Street (the *"Real Property"*).

4. The interest of CertusBank N.A. in the Judgment was subsequently purchased by RREF.

5. On March 1, 2016 (the *"Petition Date"*), the Debtor filed his petition under chapter 7, and the Trustee was appointed as trustee.

6. On April 15, 2016, the Debtor moved to avoid RREF's lien against the Real Property pursuant to 11 U.S.C. §522(f) [ECF No. 11]. That

motion was withdrawn on April 27, 2016, following the Debtor's realization that the lien of the Judgment did not impair his exemption [ECF No. 19].

7. On May 23, 2016, RREF filed its proof of claim no. 1-2, asserting a fully secured claim in the amount of $36,952.29 as of the Petition Date, secured by the Real Property.

8. On June 6, 2016, the Trustee filed the Sale Motion. RREF was not served with the Sale Motion. The Sale Motion requests to sell free and clear of all liens, and to pay "all reasonable and customary costs of sale at closing, including but not limited to mortgages, tax liens, broker fees, attorney fees and real estate taxes."

9. The proposed order, however, does not purport to satisfy the lien of the Judgment at closing. While a free and clear sale is clearly allowed under §363(f)(3) (at least if notice had been sufficient under Fed. R. Bankr. P. 2002(a)(2)), there is no reason why the Judgment lien should not be satisfied as well, especially since it continues to bear interest at 18% pursuant to 11 U.S.C. § 506(b).

**WHEREFORE,** RREF requests that the Sale Motion be granted, but that such Order (1) require the Trustee to satisfy the Judgment lien at closing, plus post-petition interest, fees and costs, and (2) grant such other and further relief as is just and appropriate.

    Respectfully submitted,

    /s/ Lawrence Pecan
    Lawrence Pecan
    Okla. Bar. No. 30901
    Rialto Capital Advisors, LLC
    790 NW 107th Avenue, Suite 400
    Miami Florida 33172
    Telephone: (305)-229-6425
    Lawrence.Pecan@RialtoCapital.com
    In-House Counsel
    (pro hac vice motion forthcoming)

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF CHARLESTON ) | |
| ) | |
| CertusBank, National Association, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER FOR JUDGMENT |
| Andersen Heating and Air Conditioning ) | |
| LLC and Jake Andersen, a/k/a ) | 2014-CP-10-5282 |
| Jacob Andersen, ) | |
| ) | |
| Defendants. ) | |

Upon Affidavit of Default and on Motion of Craig H. Allen, P.A., Attorneys for Plaintiff, I find that the Defendants to be in default in this action, and therefore,

IT IS ORDERED that the Plaintiff in the above-entitled action have judgment against the Defendants, Andersen Heating and Air Conditioning LLC and Jake Andersen, a/k/a Jacob Andersen, for the sum of $22,457.47, plus interest of $2,723.22, plus reasonable attorney's fees of $5,036.14 making a total of Thirty Thousand Two Hundred Sixteen and 83/100 ($30,216.83) Dollars, and for the costs of this action. Post judgment interest shall accrue at the rate of 18% per annum pursuant to the contract between the parties. Turner Coleman, Inc. v. Ohio Const. & Engineering, Inc., 272 S.C. 289, 251 S.E.2d 738 (1979).

IT IS SO ORDERED.

s/ R. Markley Dennis, Jr.
Judge

Charleston, South Carolina
December 5, 2014

ATTEST: A TRUE COPY
JULIE J. ARMSTRONG (SEAL)
CLERK, C.P., G.S. & F.C.
By Angela Pigney
DEPUTY CLERK



**Charleston County**
**Summary (Magistrate)**
**Court Case Details**
**Public Index**

Charleston County Home Page | Clerk of Court Home Page | Magistrates Court | SC Judicial Home Page | Search Tips

Switch View

### R. E. Michel Company, L L C VS Andersen Heating And Air Conditioning LLC , defendant, et al

| Case Number: | 2015CV1010600284 | Court Agency: | Small Claims - City | Filed Date: | 04/03/2015 |
|---|---|---|---|---|---|
| Case Type: | Civil | Case Sub Type: | Summons & Complaint | File Type: | |
| Status: | Non Service | Assigned Judge: | Guerard, Henry W | | |
| Disposition: | Non Service | Disposition Date: | 07/30/2015 | Disposition Judge: | Guerard, Henry W |
| Original Source Doc: | | Original Case #: | | | |
| Judgment Number: | 2015CV1010600284 | Court Roster: | | | |

Case Parties    Judgments    Tax Map Information    Associated Cases    Actions    Financials

| For: | R. E. Michel Company, L L C | Against: | Andersen Heating And Air Conditioning LLC | Judg. Amount: | $0.00 | Judgment Date: | 07/30/2015 |
|---|---|---|---|---|---|---|---|
| Description: | Judgment/Judgment | Disposition: | | Disp. Date: | | Date Entered/Last Changed | 07/30/2015 -- |
| Notes: | None | | | | | | |

**Judgment Details**

| Claims Code | Detail Desc. | Detail Amount | Detail Date |
|---|---|---|---|
| None | | | |

| For: | R. E. Michel Company, L L C | Against: | Andersen, Jacob | Judg. Amount: | $0.00 | Judgment Date: | 07/30/2015 |
|---|---|---|---|---|---|---|---|
| Description: | Judgment/Judgment | Disposition: | | Disp. Date: | | Date Entered/Last Changed | 07/30/2015 -- |
| Notes: | None | | | | | | |

**Judgment Details**

| Claims Code | Detail Desc. | Detail Amount | Detail Date |
|---|---|---|---|
| None | | | |

CMSWeb 6.1 © 2013 South Carolina Judicial Department • All rights reserved



