**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 16–00966–dd                                   Chapter:  7

**In re:**
Jacob Hans Andersen
aka Jacob H. Andersen, dba Andersen Heating & Air
Conditioning

| Filed By The Court |
| :---: |
| **6/27/16** |
| **Laura A. Austin** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

**NOTICE TO CORRECT DEFICIENCY**
**ADMISSION TO PRACTICE**

To:  Lawrence Pecan:

You have submitted to the Clerk of the United States Bankruptcy Court for the District of South Carolina (hereinafter referred to as "the Clerk") for filing in this Court a Limited Objection. It appears from the records of the United States District Court for the District of South Carolina that you are not admitted to practice law in that court. An attorney who is not admitted to practice law in the United States District Court for the District of South Carolina may not practice in this United States Bankruptcy Court. (SC LBR 2090–1 and SC LDR 83.1.01–83.1.08 and 83.1.02 which may be obtained from this Court's web site, www.scb.uscourts.gov.)

If, in fact, you are admitted to practice in the United States District Court for the District of South Carolina, you must submit to the Clerk your court identification number.

If you are not admitted to practice in the United States District Court for the District of South Carolina, you must:

− take appropriate steps to be admitted pro hac vice (See SC LBR 2090–1 and SC LDR 83.1.04–83.1.06), including submission of the fee of $250.00 for filing the motion for pro hac vice admission (submitted to the Bankruptcy Court, but made payable to the Clerk, U.S. District Court).

You must take such actions, as indicated above, within ten (10) days of the date of entry of this notice. If you fail to do so, the court may strike the Document without further notice (i.e., it will have no legal effect and no action on it will be taken by the court).

Laura A. Austin
Clerk of Court
United States Bankruptcy Court


By:  K Weathers, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423
(803) 765–5436