# Notice Recipients

District/Off: 0420–2      User: weathers      Date Created: 6/27/2016
Case: 16–00966–dd       Form ID: 120LOC     Total: 3

**Recipients of Notice of Electronic Filing:**
aty     Ann U. Bell         ann@droselaw.com
aty     R. Michael Drose    Drose@Droselaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Jacob Hans Andersen    52 A Spring St.    Charleston, SC 29403

TOTAL: 1