# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No.: 16-00966-dd |
| | ) |
| Jacob Hans Andersen, | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) |

## NOTICE OF APPEARANCE

YOU WILL PLEASE TAKE NOTICE that Lawrence M. Hershon of the law firm of Parker Poe Adams & Bernstein LLP has been retained to represent RREF II CER CO Acquisitions, LLC, a creditor in this bankruptcy proceeding, and respectfully requests that this Court note his appearance for the record and add his name to the mailing matrix. To ensure proper receipt of all notices for RREF II CER CO Acquisitions, LLC, please forward all notices to: RREF II CER CO Acquisitions, LLC, c/o Lawrence M. Hershon, Esquire, Parker Poe Adams & Bernstein LLP, P. O. Box 1509, Columbia, South Carolina  29202.

PARKER POE ADAMS & BERNSTEIN LLP

/s/Lawrence M. Hershon
Lawrence M. Hershon (Fed I.D. 10404)
P. O. Box 1509
Columbia, SC  29202
Phone:  803-255-8000
Fax:     803-255-8017
lawrencehershon@parkerpoe.com

Attorneys for RREF II CER CO Acquisitions, LLC

Columbia, South Carolina
June 30, 2016

PPAB 3308735v1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served upon the following parties in interest either electronically where appropriate or by U.S. Mail on June 30, 2016:

Debtor Attorney: Michael Drose via electronic service

United States Trustee Office via electronic service

Chapter 7 Trustee via electronic service

/s/Lawrence M. Hershon
Lawrence M. Hershon (Fed I.D. 10404)
P. O. Box 1509
Columbia, SC 29202
Phone: 803-255-8000
Fax:    803-255-8017
lawrencehershon@parkerpoe.com