# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| Jacob Hans Andersen, ) | |
| ) | Case No. 16-00966-dd |
| Debtor. ) | |
| ) | |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Lawrence E. Pecan who represents RREF II CER CO Acquisitions, LLC, creditor.

■   Be **granted** admission *pro hac vice* in this case.

**FILED BY THE COURT**
**07/07/2016**



David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina

Entered: 07/08/2016