**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: **16-00966-dd**

### ORDER ON MOTION TO SELL FREE AND CLEAR OF LIENS

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**07/12/2016**



Entered: 07/13/2016

David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

IN RE:

Jacob Hans Andersen,

Debtor.

Case # 16-00966-DD

Chapter 7

## CONSENT ORDER AUTHORIZING SALE OF REAL ESTATE
## FREE AND CLEAR OF LIENS

This proceeding comes before the Court on the application of Michelle L. Vieira, Chapter 7 Trustee, for authority to sell the estate's interest in the real property located at 52 A&B Spring Street, Charleston, South Carolina 29403-5945, TMS #460-08-02-030; free and clear of all liens and encumbrances, with all valid liens to attach to the proceeds of sale.

The Court has been informed that all parties in interest have been notified of the intention to sell said property, and that one Limited Objection was filed by RREF II CER CO ACQUISITIONS, LLC (RREF). The parties have resolved the Limited Objection. The Trustee has represented to the Court that such sale is in the best interest of creditors of the estate. It is therefore,

ORDERED, ADJUDGED, AND DECREED, that the Trustee is authorized to sell free and clear of all liens and encumbrances and to convey the real estate described as 52 A&B Spring Street, Charleston, South Carolina 29403-5945, TMS #460-08-02-030; to Jurrien Reinders, of 436 West 47th Street, Apt. 2A, New York, NY 10036, for the sum of Six Hundred Forty Thousand and No/100 ($640,000) Dollars.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Trustee is authorized to pay all reasonable and customary costs of sale at closing, including but not limited to mortgages, tax liens, broker fees, attorney fees and real estate taxes, subject to review and final approval of the U.S. Bankruptcy Court. This includes a Judgment Lien obtained by Certus Bank and assigned to RREF, as indicated by an Assignment of Judgment dated July 7, 2016. RREF agrees that it will accept the sum of $33,202.29 as full and complete payment of the outstanding Judgment Lien.

Lastly, it is ORDERED the Trustee is authorized to reimburse herself the $176.00 filing fee which was required to file this Application.

APPROVED AS TO FORM AND CONTENT:

*/s/ Michelle L. Vieira, Trustee*
Michelle L. Vieira, Trustee
District Court ID #9876
PO Box 70309
Myrtle Beach, SC 29572
Phone: (843) 497-9800
Fax: (877) 684-1614
Email: Trustee@Chapter7.email


*/s/ Lawrence M. Hershon*
Lawrence Hershon
District Court ID #10404
Parker Poe Adams & Bernstein LLP
Attorney for RREF
1221 Main Street, Suite 1100
Columbia, SC 29201
Office: 803.253.8918
Email: lawrencehershon@parkerpoe.com